November 13, 2018

Honorable Travis R. McDonough,
    United States District Judge,
        Joel W. Solomon Federal Building and United States Courthouse,
            900 Georgia Avenue, Room 104,
                Chattanooga, TN 37402.

Dear Judge McDonough:

        I write to share with you the character of my longtime friend Graham Clark, and also to urge leniency in his sentencing following his guilty plea for drug possession. Undoubtedly, Graham has admitted to breaking the law and acknowledges the seriousness of his conduct—as an attorney, I understand this gravity and the importance of fostering respect for the law. But while the Court's sentence must reflect these facts, it should also take into account Graham's kind and compassionate character, his extremely low chance of recidivism, and the substantial support he will receive upon reentry—all of which I hope to detail in this letter.

        I first met Graham in 2008 at the University of Florida through our involvement in student government. In the fall of that year, we both were elected to the student senate, having run on a platform of bringing increased transparency and accessibility to our university. In this role, Graham's passion was obvious to everyone he worked with, and no one could question his commitment to democratic values and to instilling happiness and optimism in those around him. He was a hard worker and committed trustee for his classmates, traits that are still reflected in his devotion to friends and loved ones today.

        Beyond his beliefs and devotion to these ideals, Graham also is blessed with an infectiously cheerful personality. He exhibits unparalleled kindness to friends and strangers alike. Within weeks, days, or even hours of someone first meeting Graham, his genuineness and compassion become mainstays of their interactions. Because of this, Graham not only sports an extensive list of friends, but an overwhelming number of these friendships are remarkably close.

For one, this is why I have remained so near to Graham since we first met in college ten years ago. It is why I will support him as he faces the consequences of this conviction, and is why I will continue to do so after the completion of his sentence.

In the time since Graham's arrest, his joyful personality and positive outlook have been tempered with considerable circumspection and growth. Though hard to describe in writing, the tenor of our conversations and even his manner of speech have taken on a more considered and sober character. It is clear to me that this experience has given Graham newfound maturity: in short, his acceptance of responsibility is not just reflected in your courtroom, but in his interactions with friends and colleagues as well.

Inseparable from the consequences of Graham's actions are also the impact they continue to have on those close to him. Though he may be too humble to say so, Graham's incarceration will create a serious void in the hearts of his many close friends. To be sure, Graham's conduct is what has led to this loss, a fact I know that he recognizes and accepts.

His recognition of this is why I am confident that Graham presents no risk of recidivism, as any future offense (and the far more significant penalty guaranteed by his conviction today) would hurt Graham's loved ones as well as himself. This experience has brought these collateral consequences into sharp focus for Graham, and because of this, I know this will be his first and final encounter with the criminal justice system. A lengthy sentence from the Court would not support this goal—in fact, I believe a smooth, early, and well-supported reentry would be the best way to cement Graham's future as a productive and law-abiding member of society.

In this vein, Graham's friends will provide him an invaluable base of support throughout and beyond any post-release supervision. From my own experience with the judiciary and work on criminal justice issues, I know how important such a network is to a defendant's rejoining the community and achieving a successful, virtuous life after a criminal conviction. Graham's warm-hearted and giving character have surrounded him with precisely such a group, a group I know will stand with him as he moves beyond this serious failure in judgment.

For all of these reasons, a shortened or even noncustodial sentence would best serve the interests of justice and satisfy the sentencing factors required by law. On a more human level, though, Graham represents a brightness and joy in the lives of everyone fortunate enough to be his friend. Surely, he has made a grave mistake—a mistake for which he admits responsibility and has begun to make amends. But this shortfall should not be allowed to permanently dim his spirit, which I fear is an inevitable consequence of a years-long term in prison.

Graham has learned a solemn and lifelong lesson from this experience, a lesson that would not benefit from a lengthy sentence. I urge you to believe in his future by showing leniency—Graham's kindness, brightness, and raw potential will make you proud of that choice, and will undoubtedly be reflected in the years ahead of him.

Respectfully yours,

Jonathan J. Ossip


088 Psychology Building
PO Box 112250
Gainesville, FL 32611-2250
352-392-7985 Fax
303-895-7312 Cell
gdwebs@ufl.edu
http://www.psych.ufl.edu

November 16, 2018

The Honorable Travis R. McDonough
United States District Judge
Eastern District of Tennessee
900 Georgia Avenue, Room 104
Chattanooga, TN 37402

Dear Judge McDonough:

I am writing on behalf of <u>Graham Mitchell Clark</u> regarding his sentencing as part of a guilty plea on charges related to intent to distribute LSD and MDMA. I am an associate professor of psychology at the University of Florida and have known Graham as a close friend in Gainesville since June 2012 (6½ years). I hold graduate degrees in general and social psychology from the College of William & Mary in Virginia and the University of Colorado at Boulder. Although I have had graduate training in clinical psychology, my specialization is in the related fields of personality and social psychology. Thus, I am an academic research psychologist, not a practicing licensed professional psychologist, and so this letter appraising Graham's character is more of a personal one than a professional one. Nevertheless, I have known Graham since his early twenties, and can therefore share my long-term perspectives on Graham's character over the last several years that few others can provide. I am aware that, as part of a plea agreement, Graham has pled guilty to two serious charges regarding possession of—and intent to distribute—both LSD and MDMA at the Bonnaroo Music Festival in June 2017. I am writing because I believe that it would serve both Graham's interests and those of The Court if Graham were granted a long-term sentence involving continued treatment and intensive community service rather than time incarcerated in federal prison. I am stating this as both my personal and professional opinion for the following reasons.

1. <u>Incarceration would greatly exacerbate Graham's pre-existing anxiety disorder.</u>
   Graham has been diagnosed with social anxiety disorder, which includes not only occasional fear of certain social situations, but also paralyzing fear of inescapable, uncontrollable environments, such as prison. Placing Graham in prison or a similar environment for even a short time would likely result in severe psychological damage and reverse or undo the progress he's made during his 20s in managing his social anxiety. Given his anxiety disorder, Graham would likely suffer repeated and severe panic attacks in prison, in which the mind produces uncontrollable and suffocating thoughts that death is imminent and inescapable. A prison or prison-like environment would frequently trigger such debilitating panic attacks because anxiety disorders are best managed when people have full control over their physical environment (e.g., the

ability to walk away from threatening social situations or avoid stimuli that cause anxiety). Although anxiety disorders can be managed to an extent by medication, cognitive-behavioral therapy, or both, they also depend on stable, predictable, and supportive environments. Being imprisoned would be such a shock to Graham's system that it would likely exacerbate his social anxiety disorder to the extent that panic attacks would be inevitable and commonplace. In addition, Graham would be so mentally traumatized by incarceration that he would be far more likely to regress toward abusing alcohol and cannabis upon release. A far better solution, in my opinion, would be to offer Graham a longer-term sentence focused on substance abuse rehabilitation, treatment toward managing his anxiety disorder, an extensive probationary period, and a multiyear community service commitment.

2. A long-term sentence focusing on substance rehabilitation, anxiety management, and community service would benefit all concerned parties. Long-term solutions are often more effective than short-term ones, and it is both my personal and professional belief that a longer-term sentence that directly addresses Graham's anxiety and substance abuse problems and gives him the tools to manage them, would be the best outcome for not only Graham, but also The Court, and the greater community of Gainesville, Florida, of which Graham is an integral part. A court-imposed sentence that requires continuous, long-term, closely-monitored treatment and rehabilitation will help Graham make lasting changes to his life that are more likely to benefit his community and avoid the possibility of recidivism. In addition, because Graham has an otherwise clean record (no prior convictions), a sentence that imposes a great deal of community service would allow him an opportunity to use his skills to serve the greater good of the public. A sentence that includes both intensive treatment and community service would benefit the greater community in at least two ways. First, long-term treatment (vs. incarceration) would more effectively reduce the chances of Graham ever dealing drugs again. This could potentially help save lives, which is something that benefits everyone involved. Second, the community service that Graham could provide would give him an opportunity to use his skill set to provide for the greater public good.

Because of Graham's pre-existing social anxiety disorder, the clear benefits of a long-term treatment program not involving incarceration, and the community service that he could provide given his skills, I strongly recommend that you consider granting Graham a long-term sentence that will treat his anxiety and substance abuse, respect his unique mental health needs, and give him an opportunity to give back by serving the community. Please feel free to contact me if you have any questions or would like additional information regarding Graham Mitchell Clark. Thank you for your service to the People of the United States.

Sincerely,

Gregory Daniel Webster, Ph.D.
Associate Professor of Psychology and University of Florida Research Foundation Professor

November 12, 2018

Honorable Judge Travis R. McDonough
United States District Judge
900 Georgia Avenue, Room 104
Chattanooga, TN 37402

Dear Judge McDonough,

My name is Nicole Robey and I have been a friend of Graham Clark for six years. I have known him to be a reliable, kind, creative, intelligent, considerate, industrious and trustworthy person. I am always amazed at his patience and the calm and thoughtful way he engages with every person I've seen him interact with, even when there is a serious disagreement. My earliest memory of Graham is of him insulating the room he was renting with mutual friends in a large shared house in Gainesville, FL. I remember being so surprised that he was taking the time and spending his own money to improve a space that wasn't legally his responsibility, and that he was doing a really great job (my father is a carpenter/builder and I have grown up watching a skilled craftsman doing home improvements). That first impression of Graham – as a conscientious person who chooses to do the right thing and takes on the responsibility to leave his world a better place than he found it – has remained true throughout the years. I trust Graham, and every interaction I've ever had with him leaves me feeling proud to know him.

When I heard of his arrest last year, I was heartbroken. I know that Graham will accept responsibility for his actions, but I cannot help but think about all of the ways in which he contributes positively to so many people's lives, in big and small ways, every day, and hope that he is offered some mercy. Thank you for taking the time to read this letter; I hope that I was able to shed some light on my experience of Graham's character, beyond one series of poor choices.

Sincerely,

Nicole Robey
1032 NE 5th St.
Gainesville, FL 32601

Dear Judge Travis R. McDonough,

Graham Clark is one of the kindest and friendliest people I have ever met. While we were roommates together in Gainesville while in college at the University of Florida he was always respectful of other people's space and a pleasure to be around. In our friendship since then he has always gone above and beyond to help out whenever I have been in need whether it was giving me a ride to the airport or giving me advice about a new city.

We have all made our mistakes in life and I feel like just punishment should be given for a just crime, but there are also times where forgiveness and leniency are important. I myself have been through some difficult times and made my fair share of mistakes in the past. When I was young I was arrested for a cannabis charge. My father showed up to court and asked for adjudication to be withheld on the charge and the judge agreed. After finishing my probation I turned my life around and went back to school. If it wasn't for the leniency that the judge showed I might not be where I am today 5 months away from completing medical school and becoming a doctor.

I believe that Graham has made his share of mistakes as well but I don't for one minute believe that he is a bad person. I can see that Graham is remorseful for the actions that he committed to get him in the situation that he is in today. I think this is evident by how cooperative he has been with authorities, answering all the investigators questions without hesitation and being completely honest about his actions. He pled guilty knowing that he would have to face the consequences for his actions, I believe this in itself shows character.

I hope that you will consider what I have written here and be lenient on Graham Clark during his sentencing. I feel Graham has a lot of potential in his life still and I believe that if some leniency is shown it could help him to get back on the right track quicker. Thank you for your time and your consideration.

Sincerely,

Ioannis Alex Malidelis

Address: 1208 Alachua Ave, Tallahassee FL 32308

Phone: 352-519-7002

Email: im15b@med.fsu.edu

Dear Judge Travis R. McDonough,

It is with sincerity that I write this letter of support for Graham Clark in light of his upstanding character. I have known Graham since 2011 where we met at the University of Florida through fraternity involvement. Graham was an older brother of the fraternity, so naturally, I looked up to him and his character. It was at his house that I first became affiliated with Sigma Alpha Mu and soon became a brother. Like the rest of our fraternity, Graham was a smart, caring, respectable, and honorable young man. He was certainly a brother I looked up to, and one who offered guidance. Over the years, Graham and I developed and cultivated a strong friendship through camping and traveling. I have come to know Graham as a close friend, and I care for him as deeply as I do my closest family members.

My father was a criminal defense attorney for over 15 years, so I can appreciate and understand the severity of trouble Graham must face. As a dear friend and educated individual, I feel compelled to highlight the traits that attest to Graham's character. Graham has always treated me and everyone around with sincerity, honesty, respect and curtesy. I have seen first-hand how he cares for others and desires to give back to the community through philanthropy and community involvement.

Graham has spoken with me about the mistake he has made, and he has taken ownership for his actions. He fully expects to learn from his mistake and continue through life a better person because of the lesson he must learn during this hard time. I believe a sentence of probation is most appropriate as Graham has much to give back to society. He wants to move forward in life to become the best individual he can be, and it would be detrimental to many to see him go to jail. Thank you for your consideration.

Respectfully,
Dominic Patete

Judge Travis R. McDonough
United States District Judge
900 Georgia Avenue, Room 104
Chattanooga, TN 37402

Dear Judge McDonough,

Graham Clark has been one of my best friends for about the last 8 years. For a bit over half of that time we lived in the same house together, and I could not have asked for a better friend, brother, and mentor. He is one of the rare people in my life that I think of as more family than most of my actual blood relations.

I understand that Graham made mistakes and is owning up to them. We have talked about his experiences with the justice system and the sword of Damocles that has been his experience of living in limbo throughout the whole process. My Fiancée and I just bought our own home, and we would offer him our guest room if he asked.

Graham has been the kind of loving, supportive, and honest friend that you hold onto. He really helped me figure myself out in my post-graduate school haze as my life shifted courses dramatically. He has been kind to me beyond words, and full of curiosity. That is the real reason we bonded. Watching Graham take apart a machine to see how it works, clean it, and then put it back together better than before has always fascinated me. One time, when we lived together, his room was an enclosed former porch without electrical outlets. So what did Graham do? He added a new circuit to the breaker box and wired in outlets to his room. He helped our little group of friends find inventive ways to fix up the roughly 90-year-old house we rented and keep our community together.

Your Honor, Graham has shown me that he regrets his actions, and that he is looking forward to ways he can improve our community and help our friends navigate the difficulties of life. I believe that sending Graham to jail would be detrimental to everyone, society included. He is a young man struggling in our modern world, and I believe sending him to jail would harm not only his well-being, but would also hurt the well-being of our community and the group of friends that love and depend on Graham.


Respectfully yours,

Adam Greulich
1740 SW 38th PL
Gainesville, FL 32608
561-542-6196

Mira Vuorinen
689 Myrtle Avenue, Apt 4H
11205 Brooklyn, NY

November 13, 2018

Re: Graham Clark

To: The Honorable Judge Travis R. McDonough

I have known Graham Clark now for almost four years. He is a close and valued friend of mine. I felt sad and troubled when I heard about his case, but because he has first and foremost been a trustworthy and reliable friend, I am happy to write a letter of reference for Graham regarding this matter. I understand the seriousness of his case, but I hope the court will show some leniency.

I feel extremely lucky to have a friend like Graham in my life. He is a deeply empathetic person and I have always felt respected, valued and cared for in our friendship. Graham supported me through my exhaustion that I went through after I started my graduate studies and our discussions not only gave me hope and comfort, but also helped me to organize my thoughts and feel better. Graham is a thoughtful and warm person that I have been able to count on for help on my moving day, to join me for a stroll in a museum and to celebrate my achievements and be present in my moments of grief and sadness.

As unfortunate as Graham's misconduct is, he has never denied that what he did was wrong and has many times told me that he is ready to accept the responsibility for his actions. Graham has expressed remorse and told me he hopes to start anew and learn from his mistakes. This honesty and acceptance of his wrongdoings speak for Graham's character and I trust in his ability to change and pay his debt to society.

It is my sincere hope the court will take this letter into consideration at the time of sentencing. Despite the current case, I know that Graham is a wonderful person who has done and will continue to do plenty of good in his life through his sincere caring for others.

Sincerely,

Mira Vuorinen

Dear Judge McDonough,

As a friend of Graham Clark, the news of his upcoming trial instantly moved me to write a letter in defense of his character, and to advocate for his wonderful potential as a contributor to our society. He is a man driven by a love of community, fascination by nature, and a burning curiosity about his world.

I work as a statistician at the United Sates Department of Agriculture in Washington, DC, however I know Graham from my time living and working in Gainesville, FL between 2008 and 2014. As I got to know him, I could always count on him to be a kind and gentle person, who encouraged those around him to grow and challenge themselves in their endeavors. This has endeared him to his community, and has afforded those around him the pleasure of teaming up with him for adventure. This can be exemplified by little things, such as the time we walked and talked with vulnerability about what our futures might look like one day. Or, when he and a few friends were inspired to ride their bicycles along 1,000 miles of the east coast together. Whatever the case, he could always turn hope and potential for greatness into a conceivable reality; and he did so with electric, fearless curiosity.

I cannot overstate how much Graham cares about the people in his immediate community, as well for humanity as a whole. His commitment manifests in his dependability, his constant advocacy, and his everlasting warmth. I knew Gainesville to be home to amazing people who were constantly doing wonderfully creative things. Another constant was Graham's support of those people. He would attend our art shows, our farm festivals, our community potlucks, our discussion groups, and our concerts. He would follow his friends to all corners of the United States, and then to the other side of the world, in Asia. With his worldly perspective of humanity, his approach to dealing with his perceived problems in society has been direct and personal. He will march shoulder-to-shoulder with others who are protesting injustices, and is quick to share his knowledge and experiences so that he might be helpful to the causes of others.

I suppose I am leaving out anything about Graham's wrong-doing, and perhaps that is the point. I know that Graham deeply regrets his actions, and wishes he could undo harm that has been caused. The point I am trying to make, though, is that Graham will be missed. Not just by individuals like myself, but by whole groups and communities. I would argue that he has done so much to brighten the lives of so many, and that we would be worse off without him around. I know that I am far from the only person to feel this way. I can imagine that as a Judge, you are often put in the difficult position of deciding how best to rule in a way that benefits society. I am only imploring you to fully consider all the ways that this young man can learn to be a better, contributing citizen while still being allowed to walk among us, unencumbered by a lifelong financial debt. You have my endless gratitude for taking my words into consideration when deciding the future of my friend, Graham Clark.

Kindest regards,


Arthur Rosales

305-970-7753

Zachary Sorensen
4010 NW 8th Ave
Gainesville, FL 32605
415-715-4025

Wednesday, November 14, 2018

Judge Travis R. McDonough,

Graham Clark has been a friend of mine for at least six or seven years. In that time, I have known him to be nothing less than a completely great person. Naturally hospitable to friends old and new, intelligent, patient, humorous, kind . . . Graham really has innumerable great qualities that make him such an excellent person.

I would even say that Graham has a reputation for being an especially great person. Although we have both come and gone from Gainesville, Florida, over the years, we know each other through the community here in Gainesville. It's not a very big community and people generally know each other's opinions of one another here, and the overwhelming consensus amongst Graham's friends, roommates, and coworkers is that he's extremely positive, responsible, and just generally great to have around.

I don't think anyone, Graham absolutely included, is trying to defend Graham's mistakes. Graham has owned up to his actions and claimed sole responsibility for his mistakes quite openly with his friends and understands that there will be necessary consequences. On behalf of all Graham's friends and loved ones who appreciate so much having him in our lives, though, please consider what I have said about Graham's character in determining his sentencing. Many people, myself included, would very much appreciate that.

Thank you for your time.


Sincerely,


Zachary Sorensen

November 12th, 2018

Honorable Judge Travis R. McDonough
900 Georgia Avenue, Room 104
Chattanooga, TN 37402

Re: Graham Clark

Dear Judge McDonough,

My name is Natalie Gisvold and I am an Office Manager at a Naturopathic Medical Office in Seattle, Washington.

I met Graham at a music festival in June of 2014. We instantly connected and neighbored next to each other for the weekend. Graham is a gentle, compassionate, unique and kindhearted individual. I truly believe Graham is not defined by his past actions.

I know that Graham realizes he made a huge mistake and the severity of what he has done. I truly believe he accepts full responsibility for what he has done and is ready to turn his life around in a positive direction. I personally believe that Graham did what he did partly because he believed he was contributing to peoples' safety by displacing dangerous, fake drugs from the market. That isn't to say that it was acceptable or that he believes what he did was right but he did think he was doing some good at that point.

I kindly ask that leniency in his sentencing is considered. I know that Graham is eager and ready to make positive changes in his life. He has so much potential to do well in the world and I hope that he has the opportunity to move forward in such a way.

Thank you very much for your time and consideration.

Warm Regards,

Natalie Gisvold

11/14/2018

Honorable Travis R. McDonough

United States District Judge

900 Georgia Avenue, Room 104


RE: Graham Clark

Your honor,

My name is Kristofer Munkel and I am a certified snow sports instructor and mountain guide. I have known Graham for seven years, and was room mates with him for the first three years of knowing him. Going through my college education would have been much more difficult without someone around who is as calm, collected, helpful, and inspiring as Graham is. Throughout our time together, and in our continued communication, he has always been an inspiring personality in my life, pushing me to critically analyze all of my decisions and to live my life in the best way I can. The combination of his composed demeanor and his profoundly effective communication skill with any persons he interacts with have definitely left a significant impact on my life.

I understand the trouble that Graham is in because he has talked to me about his decisions and what he has done, through substantial contrition. Speaking with him about what he has done is difficult because it is so apparent that he wishes he had made other decisions to begin with and that he had turned around his life sooner to live the one he really wanted to live. His offenses are out of character for someone like him who typically makes sound decisions in line with the best interest of the society around him. I'm confident that Graham, given the chance, would rehabilitate and rejoin society in an productive and licit manner.

Graham's character is not that of someone who makes mistakes and learns nothing. He, more than most I know, is someone who is able to think critically about things and understand and learn from any situation, not barring those that involve himself or decisions he made. I think that he knows that what he has done is wrong and that he knows, fully, that he was not living with decisions he will be proud of. To this end I feel that prison time will only limit what Graham can do to begin working on contributing to his community and thriving in the way that he can.

I appreciate and respect all that you are doing for Graham in this trying time in his life and I thank you for that.

Respectfully,

Kristofer Munkel

Dear Judge McDonough,

I know that there are many individuals in Graham's life who know him better than I do, but I believe that sometimes the way a man treats a stranger attests as much to his character as the way he treats an old friend. Additionally, our friendship, though fairly short-term thus far, has had the effect on me that I wanted to help him in any way that I could.

I met Graham at the house of a mutual friend about six months before this November 2018. Through conversation we discovered fairly quickly that we had mutual interests and what seemed to be compatible personalities. I expressed interest in going home with him, but I changed my mind before we retired to a second location. Contrary to what I, and most women, have become accustomed to expect, he never expressed anger, disappointment, or even frustration with my change of heart. Although I hate to generalize, from my experience, most young-adult men resort to pressuring, bullying, or guilt-tripping women when their propositions are declined. Since I first met Graham we have remained friends, and I have never felt any pressure to be more or any dissatisfaction with our platonic status quo. I am not sure of how to effectively explain or convey exactly why his decent behavior felt particularly weighty and significant, but I assert that it did. As a stranger and a woman, Graham treated me (and continues to treat me) with a striking level of respect, consideration, and kindness.

I can only speak directly of my own experience, but what I have heard from the community suggests that my positive estimation of Graham's character is shared by many others in Gainesville. Since we met I have never seen someone have a negative reaction to him. Graham is more than a nice guy. He is smart, witty, funny, quirky, interesting, and humble. That being said, please, above all, take into consideration the aspect of his character for which I feel most compelled to attest: his honest kindness and his genuine respectfulness.

Kiva Swett Ebert
561-504-2213

Dear Travis R. McDonough,

My names Lauren Perez and i'm writing to you about my friend Graham Clark. I met Graham about a year ago, it is sad to know that he will be away for a while and hard to believe that someone so kind and genuine has gotten into a messy situation. I believe that humans all make mistakes though and while Graham has to serve time I know he has potential to be a contributing citizen to society. I feel this because of the things Graham has done and said during the times we have been friends. Graham is one of the kindest, genuine and positive people I know and I believe this experience has shaped him into an even more aware human. While he has the potential to flourish in any given situation I feel that a shorter sentence would help him contribute better to society and move on to bigger and better things. The world is a much better place with someone like Graham in it, I am grateful to have met someone so compassionate, honest and positive. Thank you for taking the time to read this and consider my friends case.

Sincerely,
Lauren Perez
(954) 673- 1391

Pedro Varona
90 SW 3rd St.
Miami, Florida 33130

November 16, 2018

RE: Graham Clark

To: The Honorable Travis R. McDonough

I have known Graham Clark as a good friend for over ten years. I was both troubled and surprised to hear about his recent case, as I have always known him to be a rather virtuous person. It is for this reason I am happy to write a letter of reference for Graham regarding this matter. I understand the seriousness of the charge against him; however, I do hope the Court will show leniency when considering sentencing.

Graham and I attended college together at the University of Florida, and throughout our collegial time together, I gained a respect for his kindness for others and willingness to assist others. Specifically, Graham and I attended a number of philanthropy events together supporting Alzheimer's research, showing me that he cared about the community and giving back to others. In the organizations that we shared, he also always demonstrated a willingness to lend a hand in setting up, tearing down and everything in between, and certainly going far and above the call of duty in taking care of members who needed assistance.

In addition to our friendship, I have observed him to be an upstanding member of the community that we have shared. While I was surprised to hear of the misconduct that resulted in the case against him today, it came as no surprise to me that he is ready to accept responsibility for his actions. In fact, as recently as one week ago, I spoke with Graham about the incident and he expressed nothing but remorse for his actions. I took away from our conversation that Graham understood and was willing to pay his debt to society. Given the remorse expressed, it is my sincere hope that the Court is willing to take this and other letters into consideration in providing for a more lenient sentencing.

In knowing Graham, I have come to respect and admire his kindness and maturity when dealing with others. I believe Graham to be an honorable individual, and one that will take this unfortunate lesson to heart, and emerge from it a better person.


Sincerely,

Pedro Varona

Pedro Varona

To the Honorable Travis R McDonough:

My name is Janina Keomanychanh, I am a farmer, an educator, a cyclist, and a good friend of Graham's. We met when I first moved to Gainesville last year. He always brings life and warmth into a room, which is really helpful in these trying times. Graham has been a huge part of my support system since I lost a loved one earlier this year. He is filled with compassion and empathy for others I hope you will find this to be true in interacting with him and the instances I talk about in this letter.

Graham's ambition is unlike any other I have seen. One of his greatest attributes is his will to teach himself subjects on top of working two jobs; all the while, he is in the loop with current events in the news, a participant of Gainesville's farming community, as well as expressing his creativity through music.

As much as Graham is well-versed, he likes to move at his own pace (which can tend to be a bit quicker than others), and he definitely staples himself a luminary of the group even though it may not seem explicitly clear. It may sound a bit silly, but the genuineness glows in Graham's face when he's talking about the future that lies ahead. He has fun when he's solving new problems. If he's in a slump, he'll close out the external world with all its distractions and focus on what needs to be done wholly. It's because he's "gotta make [his] dreams come true." Yes, those are his words.

Although the future seems frightening and less than appealing to the average person, Graham seeks long term solutions as opposed to the societal norms of immediate gratification. A mind is a terrible thing to waste. We need Graham in the community now because he is our future.

Sincerely,

Janina Keomanychanh

Re: Graham Clark

I am good friends with Graham Clark. We have known each other since college (2011). We have also traveled overseas together with our other good friends. Graham has always been very kind to me. He would also help me whenever I needed help, including things like picking me up from the airport, helping me move heavy equipment, and taking me places whenever I needed him to. He was always there to lend a listening ear whenever I needed a friend to help me with anything that was bothering me and we would hang out often.

I understand Graham is in trouble, which we have spoken about. I am quite nervous about his imprisonment. He is such a kind person, I just hope he is okay in there. He always shows people a lot of love, I've never known him to be hateful towards anyone. As I have said, he is always there to lend a helping hand or listening ear. I've never seen him get angry or annoyed at anyone.

I believe that Graham knows what he has done and regrets it and just wants to move forward with his life. I do not think society would benefit from sending Graham to jail. I believe he wants to turn his life around and just start with a clean slate. I hope this message helps you understand this kind person.

Respectfully yours,
Nicole Ruggiero

Odette Rivera

2385 NW Executive Center Dr #290

Boca Raton, FL 33431

November 15, 2018

Your Honor,

Graham and I met while we were both in school at the University of Florida nearly a decade ago. In my first year of graduate school for Museum Studies, I became interested in participating in student government and quickly fell in with Graham and his group of friends—a group of young men and women dedicated to making both our university and the Gainesville community places where all voices were heard and respected.

Graham is honestly one of the most pure, kindhearted, and generous people I have ever met. I racked my brain on how to put it differently, how not to seem like I was exaggerating, but have found no better way to express it. Through Graham, I learned how to accept before passing judgment and to listen before drawing conclusions. I have never seen him speak an unkind word to anyone and he handles all of what life throws at him mindfully and with grace.

I am aware of Graham's charges and I believe that Graham is well aware of the nuanced repercussions of his actions. I don't believe that society would benefit from a long sentence for Graham, nor do I believe that I would be a benefit to all concerned.

Respectfully yours,

Odette Rivera

Honorable Judge Travis R. McDonough
United States District Judge
900 Georgia Avenue, Room 104
Chattanooga, TN 37402
(423) 752-5220

November 15, 2018

*Re: Graham Mitchell Clark*

Your Honor,

My name is Devin Branch. I have been close friends with Graham Clark for nearly a decade, since our days in undergraduate college together at the University of Florida. Even then, he was an affable and respectful individual, intelligent and soft spoken. The breadth of knowledge Graham has about a wide variety of topics, from economics to history and literature, clearly indicate a bright and inquisitive mind.

It has been my pleasure all these years to see Graham on campus, at the library, and around town. His ability to easily converse about something as arcane as my undergraduate major -- Classical Studies, a topic few in the 21st century are familiar with -- to our shared taste in music always made me feel more at ease and helped my transition into college life immensely.

One of my best memories of Graham is of the time I traveled with him for a time in Thailand. My mother is Thai and as a child I spent every summer in Bangkok; I have a large extended family there including my grandparents with whom I was very close -- it is a place with an immense amount of personal meaning to me, and that I was honored and excited to show Graham around some of the places I knew there shows the great amount of trust I have in him. Throughout his time there, Graham proved himself to be a respectful, sensitive, and as immensely curious as ever. I would take him back to my family's home in a heartbeat, and indeed I hope to one day.

For the entirety of our friendship, Graham has always had this same character -- intelligent, respectful, and kind.

Respectfully yours,

Devin Branch



## Graham Clark Character letter of support
1 message

**first last** <caudillbrett@gmail.com>                               Fri, Nov 16, 2018 at 10:19 AM
To: garth@bestlawhb.com
Cc: grumclark@gmail.com

Hello,

Below is the text of my character letter of support for Graham Clark. I hope that it is timely enough, and that the content is helpful.
Thank you,
Brett Caudill

----

Honorable Judge Travis R. McDonough

Re: Graham Clark

I first met Graham some six or so years ago. The interaction was very brief, and frankly I'm not sure if Graham would even remember this initial meeting, it was so fleeting. But he left an impression on me, that of a gentle, caring, well-loved person, the type of person I hoped to get to know better and more closely. Six years ago wasn't the right time to become closer friends, but I am happy to say that over the last year and a half I have come to know Graham much more closely, as both a friend and as a housemate. What's more, I've found that all of my initial, fleeting impressions of Graham from six years ago have turn out to be more full and true than I could have imagined: he is compassionate, loving, careful, and a hard worker, as well as one of the best loved people I know. I can't think of a single person who knows Graham and doesn't like him. If you'll indulge me to say so, I myself am an upright and respectable person in my community, and Graham inspires me to be even better, through his patience, his kindness, and his humility.

It was Graham's arrest in Tennessee that brought him and I closer together. I was living with mutual friends in Gainesville, FL, and after his arrest Graham moved in with us so he could have a stable place to live and work during his subsequent court proceedings. Given this, I have been knowledgeable of Graham's legal troubles from the start, and he and I have discussed it at some length – what he did, why he did it, and his acceptance of the consequences that are to come for his indiscretions. Throughout the period of court appearances, lawyer meetings, and uncertainty about his fate, Graham maintained a stoic calmness, never using his circumstances as an excuse or cursing the world for his situation. There were times where I even forgot that Graham was going through legal troubles, as he maintained a healthy and regular work schedule and social life, and was a helpful, diligent, and tidy housemate. Graham brought a lot of light into our home, despite himself going through a dark spot in his own life. There are countless little anecdotes I could share of my time spent with Graham, but I think what speaks most to his outstanding character is that fact, that even in his darkest hours, facing years of prison time and uncertainty, he has remained a light that so many friends and colleagues flock toward for an encouraging word, a smile, a hug, a laugh, a music or movie recommendation, an inspiring chat about the state of the world or just the happenings in the neighborhood.

Graham is an awesome person, and I'm going to miss him like hell while he is serving his time. He understands that he alone created this situation for himself, and that ultimately he was wrong to commit the crimes that he did. As such, he is prepared to face the sentence he receives, and move past this part of his life. For what it is worth, I believe that

Graham didn't commit his crimes with malicious intent, and that in his own benevolent way he saw selling LSD and MDMA as something positive. He has now changed his view on this, and has fully accepted that what he did was wrong. I know Graham to be a good person, and knowing that his intent was never malicious, I ask that you please be as lenient in your sentencing as your power allows you to be. Also, I am really hoping that Graham is able to serve his sentence at a prison somewhere in Florida, so that I can visit him and more easily stay in touch.

Thank you for taking the time to read my thoughts on this matter. I hope this letter find you well.

Respectfully yours,

Brett Caudill

Santiago Garces
703 NW 12th Ave
Gainesville FL, 32601
352-359-1600

Honorable Judge Travis R. McDonough
United States District Judge
900 Georgia Avenue, Room 104
Chattanooga, TN 37402
(423) 752-5220

November 15, 2018

*Re: Graham Mitchell Clark*

Your Honor,

My name is Santiago Garces. I'm attorney working as in-house counsel at a Gainesville, FL company. I'm writing this character letter of support for my friend Graham Clark in advance of his sentencing. I have known Graham for several years through mutual friends and within the Gainesville University of Florida graduate community. Over the years, I've grown to known him as a good friend with outstanding character, loyalty, and extraordinary kindness—the latter being a salient feature of his personality.

Graham is the kind of friend who would offer his car to drive in a busy city and sit in traffic for hours while not complaining a single time. He would do all of this, and offer his help without being asked, to get food we ordered for our friend's birthday party and make sure that our friend had an outstanding day. He is the kind of friend you call to help you move—because you know he'll be there for you even though he, as I, lack much in physical strength. He engages in these small acts of kindness constantly which to me are clear evidence of his character. Further, his kindness extends easily to people he barely knows; including myself when I first got to know him. I'm a very reserved person and find it difficult to talk to new people. However, he always made me feel welcome and we easily became friends over silly things. I recall one time when we were both standing next to some swim noodles and we—while not knowing each other too well at that time—simultaneously decided to use them as Jedi knight light sabers. Our little antic included Star Wars sound effects and all. It was brief and very silly. Despite this, I understood immediately what kind of person Graham was and knew instantly that we would be friends.

I know Graham completely understands the situation that he is in and how important the day of the sentencing will be for the rest of his life. However, to the extent that it's possible and within your discretion Your Honor, I think Graham can demonstrate through probation that he is willing to move forward and find a different path for his life. I have witnessed how quickly he has changed his pace and started working hard as a server while relying on a network of contacts that trust in him to ensure he succeeds. I would be very sad to see him spend considerable time in jail when he has shown his willingness to change so quickly and benefit others with his kindness. I hope I can see Graham continue to be kind to others through new work endeavors and by finding a new direction that will move him forward while abiding with the law and the terms of your sentence. I am but another person in his network of friends that is willing to provide support and speak about his character to others so that Graham can find a new path and move forward with his life.

Respectfully yours,

Santiago Garces

November 15, 2018
To: Honorable Travis R. McDonough
United States District Judge
1100 Commerce Street
Dallas, TX 75242

Re: Graham Clark

Your Honor,

I have been living with Graham Clark at 237 SW 4th Ave, Gainesville, Florida since July 2018, and in that time he has shown me support, generosity and honesty that I believe is rare in this world. Graham's exceptionally kind and sincere nature also proves to me how vulnerable situations could occur around him easily, so I am writing you this letter to ask that you consider treating Graham with leniency.

I understand that Graham once decided to sell L.S.D and M.D.M.A. He often shares with me his deepest regrets and honorably admits that he made a huge mistake when he made that decision. I truly believe that Graham now fully understands why selling illegal drugs is wrong, and I know with all my heart that he will never have anything to do with illegal drugs or the lifestyle that surrounds them again. Graham is an ever-caring and reliable friend who I stand by and will support in any way I can.

Each day living with Graham is a blessing, I see him always putting others first. He does extra housework, collects mail for others, he helps take the trash out when it's not his turn. I often see him spend mornings before he goes to work in the garden feeding neighborhood cats and talking with people in our community. Once I sat with my coffee in my hands watching him enthusiastically photograph a butterfly on a flower with an old camera. Graham is an abundantly generous person who always gives energy where it is needed. He is polite, very well spoken and trustworthy.

What I really want to say is that Graham truly knows that selling drugs is wrong. He tells me every day how much he wants to move forward in his life and live by the law with his best intensions. I understand completely why he has to face certain consequences for his actions, but I strongly believe that a harsh sentence would not benefit or protect anyone in this case.


Respectfully yours,



Natasha Samuels
237 NW 4th Ave, Florida, USA
352-792-7752



Garth Best <garth@bestlawhb.com>

## Graham Clark: recommendation letter

1 message

**Chris Nielubowicz** <nielubowicz@gmail.com>                                         Fri, Nov 16, 2018 at 2:53 PM
To: garth@bestlawhb.com
Cc: grumclark@gmail.com

*Garth, please find below my recommendation letter to the Honorable Travis R. McDonough:*

Chris Nielubowicz
2001 SW 9th Terr
Gainesville, FL  32601
nielubowicz@gmail.com

November 15, 2018

Honorable Judge Travis R. McDonough
Judge of the United States District Court for the Eastern District of Tennessee

Re: Sentencing of Graham Clark, Case #

Dear Judge McDonough,

I will be brief with your time, but I would like to speak to the qualities of a young man about to undergo sentencing: Graham Clark. I will also do my best to err away from general goodness-pleas, or a discussion of what he deserves; I leave that in your hands.

Mr. Clark is a kind, generous human who demonstrates compassion and thoughtfulness for both friends and strangers. I say this not as a boast of his personality, but as a testament to his community standing. He is held in high regard, and regularly contributes to the lives of those around him. His presence among friends, and here in town, will be missed greatly.

As I live in his current neighborhood, I have experienced firsthand how he and everyone in the house he lives in are all dedicated to improving themselves and each other. He is surrounded by a supportive community in good standing, who are all awaiting his return to give support and to help keep him on the straight-and-narrow.

Mr. Clark has thus far demonstrated not only compassionate qualities as a person, but also as a problem-solver: he is smart, clever, and resourceful and is very capable of making positive contributions to society as a citizen.

I ask for you leniency in sentencing, on his behalf, based on his community standing, ease of reintegration, and potential for future contributions.

Thank you,
Chris Nielubowicz



## Letter form Imari A for Graham
1 message

**Imari Antar** <imariantar@gmail.com>                                    Fri, Nov 16, 2018 at 2:56 PM
To: garth@bestlawhb.com
Cc: grumclark@gmail.com

Judge Travis R. McDonough,

My name is Imari Antar, a friend of Graham. I met him three years ago at the Bonnaroo Music and Arts festival in Tennessee. I go each year to work as a Brand ambassador.
I can truly say from the moment we met I have never experienced a more kind and genuine soul then that of Graham.
He met with my cousin and myself over the course of the festival when time allowed, and he's one of the only people I've kept in contact with outside of a festival.
Even given the length of our friendship he has gone out of his way to be a significantly positive person in my life.
Not too long after, I had booked another festival in Delaware. Unfortunately the young lady I was traveling with canceled at the last minute and I didn't have enough for traveling expenses. Graham then surprised me with plane tickets to get too and from the festival and saved my reputation with the company I was working for. He had nothing to gain in doing so, but it meant so much more to me then I can express.
He's offered his help in many ways and makes sure to stop and say hello whenever he is in town. He is an incredible person whom I believe has made a mistake, however it does not reflect him as a person. He is a good man, with a huge heart and I hope you see him for who he truly is.
Thank you for your time,

Imari Antar.

(770)371-2972