### U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

**JUDGMENT:** Case No. 4:18-cr-25    USA v. Graham Mitchell Clark

**PRESENT:** Honorable Travis R. McDonough    ☑ U.S. District Judge **OR** ☐ U.S. Magistrate Judge

Kyle Wilson      Garth Best
_____
Assistant U.S. Attorney      Attorney for Defendant      Probation Officer

DeAndra Hinton      Elizabeth Coffey
_____
Courtroom Deputy      Court Reporter      Interpreter      ☐ **SWORN**

**PROCEEDINGS:** ☑ Plea agreement accepted by Court ☑ PSR guidelines are ☑ accurate ☐ as modified ☑ PSR SEALED

☑ Govt/Deft motion for downward departure: ☐ granted ☑ denied    Govt motion for third point reduction for acceptance of
     upward departure: ☐ granted ☐ denied    responsibility ☑ granted ☐ denied
     non-guidelines sentence: ☐ granted ☐ denied

☑ Deft speaks **OR** ☐ Deft declines to speak      Document(s) all except PSR   ☑ unsealed ☐ remain sealed

**TESTIMONY BY:** previous portion of the transcript to remain SEALED

     ☐ Exhibits attached to minutes      ☐ Exhibits in vault

**IMPRISONMENT:** 26 **MONTHS on COUNT(s)** One & Two of the Information, to be served concurrently with each other.

**SUPERVISED RELEASE/PROBATION:** 3 **YEARS on COUNT(s)** One & Two of the Information, to be served concurrently w/each other.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION:**

☐ report to Probation Officer w/in 72 hrs of release
☑ not commit another federal, state or local crime
☑ abide by standard conditions on Local Rule 83.10
☑ not possess a firearm or other destructive device
☑ not illegally possess or use a controlled substance
☑ participate in collection of DNA
☑ submit to search
☐ perform _____ hours of community service
☐ comply with any BICE deportation orders
☐ participate in program of mental health treatment/anger management and waive all rights to confidentiality regarding treatment
☐ comply with Local Rule 83.10 - Sex Offender Treatment

☐ pay any financial penalty due
☐ provide Probation Office w/access to any required financial info
☐ not incur new credit charges or open additional lines of credit
☐ no contractual agreements which obligate funds
☐ not be employed in position of trust
☑ participate in program of testing/treatment for drug/alcohol abuse
☐ wear electronic device and pay for service at prevailing rate
☐ maintain telephone w/out any special services or devices
☐ report to nearest probation office w/in 48 hrs of reentry in the U.S.

**OTHER CONDITIONS:** _____

☑ Court recommends deft receive 500 hours substance abuse treatment from the BOP's residential drug treatment program

**OTHER RECOMMENDATIONS:** court recommends service of sentence at BOP in Pennscola, FL

**RESTITUTION:**

☐ Interest Waived ☐ No further payment required after sum of amounts paid by all defts has fully covered compensable injury

**FINE:** _____ **OR** ☐ Waived    **SPECIAL ASSESSMENT:** $200.00    ☑ Payment due immediately ☐ Interest waived

☑ Court waived fine due to deft's inability to pay    ☑ Deft informed of right to appeal    ☐ Remaining counts dismissed

Deft ☐ remanded to custody of U.S. Marshal ☐ remained in custody ☐ remained on bond

Deft to self-report on or before 1/31/2019 at 2:00 pm

Time: 9:00 to 9:40      Date: 11/30/2018

Rev. 3/10